IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **RAAJ AMEXEM MOOR RAFA EL,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-11-2611 |
| **STATE OF MARYLAND** *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Plaintiff Raaj Amexem Moor Rafa El has sued the State of Maryland and various state and local public officials. (ECF No. 1.) His complaint is nearly indecipherable, but he seems to be complaining about being evicted from his apartment for nonpayment of rent after he had mailed his landlord a "Foreign Bill of Exchange Financial Instrument." He takes issue with the state circuit court judge who ruled in the landlord's favor, with the Baltimore City sheriff's deputies who evicted him, with the Maryland state treasurer who did not respond to his claim for damages, with the commissioner of the Baltimore Police Department for the actions of two department members who, Rafa El alleges, kidnapped him and "brutalized" him, and with the governor, the mayor, the United States President, and the United States Attorney General because he was kidnapped by city police officers and taken to a hospital against his will for a mental evaluation. He asks the defendants be "punished" for various alleged crimes.

Rafa El has not paid a filing fee. He has filed an additional paper entitled, in part, "Motion to Proceed in Propia Persona" and says it should not be construed as a motion for leave to proceed *in forma pauperis* ("IFP") since he is not a pauper. (ECF No. 2.) Notwithstanding

the fact that the attached affidavit has not been completed or signed, the motion shall be provisionally granted. The complaint has been reviewed and shall be summarily dismissed.

This Court may preliminarily review the claims in a plaintiff's complaint and dismiss the complaint pursuant to 28 U.S.C. § 1915(e) prior to service if it is satisfied that it has no factual or legal basis and it is frivolous on its face. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fanciful or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328. Under these standards, the Court concludes Rafa-El's complaint is frivolous. Accordingly, the complaint will be dismissed by separate order.

DATED this 27th day of September, 2011.

                                                BY THE COURT:

                                                /s/
                                              James K. Bredar
                                              United States District Judge